■ In the Matter of 420 EAST 63RD STREET CORPORATION, Appellant-Respondent, against TAX COMMISSION OF THE CITY OF NEW YORK, Respondent-

Appellant. [430, 450 E. 63rd St., 1161 York Ave., Borough of Manhattan.] — Order unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Rabin, Frank and Bergan, JJ.